**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| Tri-Valley Corporation, *et al.*,[1] | : | |
| | : | Case No. 12-12291 (MFW) |
| Debtors. | : | |
| | : | |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, *et al.*, | : : : : | |
| | : | |
| Plaintiff. | : | |
| | : | |
| v. | : | |
| | : | |
| Adkins Pump Service, | : | Adv. Pro. No. 14-50438 (MFW) |
| Advanced Combustion & Process Controls, LLC, | : : | Adv. Pro. No. 14-50439 (MFW) |
| Ahern Rentals, Inc., | : | Adv. Pro. No. 14-50440 (MFW) |
| Alliance Funding Group, Inc., | : | Adv. Pro. No. 14-50441 (MFW) |
| Anterra Energy Services, Inc., | : | Adv. Pro. No. 14-50442 (MFW) |
| ARRC Technology, Inc., | : | Adv. Pro. No. 14-50443 (MFW) |
| Bakersfield Pipe & Supply, Inc., | : | Adv. Pro. No. 14-50444 (MFW) |
| Cannon, Inc., | : | Adv. Pro. No. 14-50445 (MFW) |
| DMJ Gas-Marketing Consultants LLC, | : | Adv. Pro. No. 14-50446 (MFW) |
| Driltek, Inc., | : | Adv. Pro. No. 14-50447 (MFW) |
| Estate of Lawrence R. Stafford, | : | Adv. Pro. No. 14-50448 (MFW) |
| Excalibur Well Services Corp., | : | Adv. Pro. No. 14-50449 (MFW) |
| First Insurance Funding Corp., | : | Adv. Pro. No. 14-50450 (MFW) |
| Flyres Energy LLC, | : | Adv. Pro. No. 14-50451 (MFW) |
| Hunsucker, J. Thomas, Trustee of Family Trust | : : | Adv. Pro. No. 14-50452 (MFW) |
| Snellenbarger, Jan, | : | Adv. Pro. No. 14-50453 (MFW) |
| Key Energy Services, LLC, | : | Adv. Pro. No. 14-50454 (MFW) |
| Luna & Glushon, Inc., | : | Adv. Pro. No. 14-50455 (MFW) |
| Nalco Company, | : | Adv. Pro. No. 14-50456 (MFW) |
| Pacific Process Systems, Inc., | : | Adv. Pro. No. 14-50457 (MFW) |
| Pacific States Electrical & Instrumentation Company, | : : | Adv. Pro. No. 14-50457 (MFW) |
| Randy's Trucking, Inc., | : | Adv. Pro. No. 14-50458 (MFW) |
| Ventura Mechanical, Inc., | : | Adv. Pro. No. 14-50459 (MFW) |

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.

ME1 19605104v.1

| | |
|---|---|
| Wayne Long & Company, | : Adv. Pro. No. 14-50460 (MFW) |
| Kandle, Joseph, | : Adv. Pro. No. 14-50462 (MFW) |
| Kromer, James, | : Adv. Pro. No. 14-50622 (MFW) |
| Bush, James, G., | : Adv. Pro. No. 14-50623 (MFW) |
| Blystone, F. Lynn, | : Adv. Pro. No. 14-50624 (MFW) |
| Deloitte & Touche, LLP, | : Adv. Pro. No. 14-50625 (MFW) |
| Baker Hughes, Inc., | : Adv. Pro. No. 14-50626 (MFW) |
| FTI Consulting, Inc., | : Adv. Pro. No. 14-50627 (MFW) |
| NFP Property & Casualty Service, Inc., | : Adv. Pro. No. 14-50628 (MFW) |
| Oil Well Service Company, | : Adv. Pro. No. 14-50629 (MFW) |
| Rain for Rent Santa Paula Corp., | : Adv. Pro. No. 14-50630 (MFW) |
| Southern California Edison, | : Adv. Pro. No. 14-50631 (MFW) |
| Southern California Gas Company, | : Adv. Pro. No. 14-50632 (MFW) |
| Weatherford, Inc. | : Adv. Pro. No. 14-50633 (MFW) |
| | : Adv. Pro. No. 14-50634 (MFW) |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
PRE-TRIAL CONFERENCE ON FEBRUARY 4, 2015 AT 2:00 P.M.**

**\*AS NO MATTERS ARE BEING HEARD THIS HEARING IS CANCELLED\***

**CONTINUED PRE-TRIAL SCHEDULING CONFERENCES:**

1. Pre-Trial Conference for *Charles A. Stanziale as Chapter 7 Trustee of Tri-Valley Corporation, et al.*, v. Defendants Listed on Attached **Exhibit A.**

   Status:   This matter is continued to March 18, 2015 at 2:00 p.m. The Trustee has circulated a proposed scheduling order to the above defendants. To the extent that the defendants consent to entry of the proposed scheduling order prior to the hearing, the order will be submitted under certification of counsel.


Dated: February 2, 2015              **McCARTER & ENGLISH, LLP**
Wilmington, Delaware

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE #2936)
Kate R. Buck (DE #5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
wtaylor@mccarter.com
kbuck@mccarter.com

2

ME1 19605104v.1

*- and -*

Charles A. Stanziale, Jr., Esq.
Donald J. Crecca, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for the Chapter 7 Trustee*

*- and -*

**CIARDI CIARDI & ASTIN**

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (DE #4068)
John D. McLaughlin, Jr. (De #4123)
Joseph J. McMahon, Jr. (DE #4819)
1204 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
jmcmahon@ciardilaw.com

*Special Conflicts Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee*

3

# **EXHIBIT A**

## **STATUS A**

Cases where service is incomplete and the following defendant(s) have not been served:

- None -

## STATUS B

Cases where service is complete, Answers are still due:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Deloitte & Touche, LLP (Special Conflict Counsel) | 14-50626 | Answer deadline was extended. |
| Weatherford, Inc. (Special Conflicts Counsel) | 14-50634 | Answer deadline was extended. |

ME1 19605104v.1

**STATUS C**

Cases where service is complete, no answer has been filed, motion or request for Default Judgment to be filed.

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |
| Alliance Funding Group, Inc. | 14-50441 | Counsel is preparing request for default judgment. |
| ARRC Technology, Inc. | 14-50443 | Default Judgment has been entered. |
| Pacific Process Systems, Inc. | 14-50457 | Default Judgment has been entered. |
| Randy's Trucking, Inc. | 14-50459 | Default Judgment has been entered. |
| Southern California Gas Company (Special Conflicts Counsel) | 14-50633 | Counsel is preparing request for default judgment. |

3

**STATUS D**

The following cases have settled and payment is pending and/or received:

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |
| Anterra Energy Services | 14-50442 | 9019 Motion Has Been Filed. |
| Bakersfield Pipe & Supply, Inc. | 14-50444 | 9019 Motion Approved |
| Cannon, Inc. | 14-50445 | 9019 Motion Approved |
| Key Energy Services, LLC | 14-50454 | 9019 Motion Has Been Filed. |
| Nalco Company | 14-50456 | 9019 Motion Approved |
| Pacific States Electrical & Instrumentation Company | 14-50458 | 9019 Motion Has Been Filed. |
| Ventura Mechanical, Inc. | 14-50460 | 9019 Motion Approved |
| Joseph Kandle | 14-50622 | 9019 Motion Has Been Filed. |
| James Kromer (Fraudulent Transfer) | 14-50623 | 9019 Motion Has Been Filed. |
| James G. Bush | 14-50624 | 9019 Motion Has Been Filed. |
| F. Lynn Blystone (Fraudulent Transfer) | 14-50625 | 9019 Motion Has Been Filed. |

## STATUS E

The following cases has been resolved/settled, Notice/Stipulation of Dismissal filed.

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |
| Adkins Pump Service | 14-50438 | Notice of Dismissal filed. |
| Advanced Combustion & Process Controls, LLC | 14-50439 | Stipulation of Dismissal filed. |
| Ahern Rentals, Inc. | 14-50440 | Stipulation of Dismissal filed. |
| Driltek, Inc. | 14-50447 | Stipulation of Dismissal filed. |
| Estate of Lawrence R. Stafford | 14-50448 | Stipulation of Dismissal filed. |
| Excalibur Well Services Corp. | 14-50449 | Notice of Dismissal filed |
| First Insurance Funding Corp. | 14-50450 | Notice of Dismissal filed. |
| J. Thomas Hunsucker, Trustee of Family Trust | 14-50452 | Notice of Dismissal filed. |
| Jan N. Snellenbarger | 14-50453 | Stipulation of Dismissal filed. |
| Rain for Rent Santa Paula Corp. | 14-50631 | Notice of Dismissal filed. |

## STATUS F

Cases where service is complete, answer has been filed.

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Flyres Energy LLC | 14-50451 | An Answer has been filed. |
| Luna & Glushon, Inc. | 14-50455 | An Answer has been filed. |
| Baker Hughes, Inc. | 14-50627 | An Answer has been filed. |
| FTI Consulting, Inc. (Special Conflicts Counsel) | 14-50628 | An Answer has been filed. |
| NFP Property & Casualty Service, Inc. (Special Conflict Counsel) | 14-50629 | An Answer has been filed. |
| Oil Well Service Company (Special Conflict Counsel) | 14-50630 | An Answer has been filed. |
| Southern California Edison (Special Conflict Counsel) | 14-50632 | An Answer has been filed. |

**STATUS G**

Cases where a Mediator has been selected or appointed.

| Wayne Long & Company | 14-50462 | Bradford J. Sandler, Esquire is Appointed as the Mediator in this Adversary Proceeding. |
|---|---|---|

**STATUS H**

Cases that are ready for trial.

- None -

## STATUS I

Cases where there are dispositive motions pending.

| Defendant Name | Adversary Number | Status |
|---|---|---|
| DMJ Gas-Marketing Consultants LLC | 14-50446 | DMJ Gas Marketing Consultants, LLC Motion to Dismiss the Complaint was granted. The Trustee must file an amended complaint on/or before February 4, 2015 |
| Baker Hughes, Inc. | 14-50627 | Baker Hughes, Inc. has filed a Motion for Summary Judgment. |

2

**STATUS J**

Cases which are stayed by the filing of another bankruptcy action affecting a party in this matter.

- None -

**STATUS K**

Cases in which an Appeal is pending.

- None -

ME1 19605104v.1